UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RONALD E. PARKER**                                                                                                **PLAINTIFF**
**ADC # 129702**

v.                                    Case No. 5:15-cv-00034-KGB

**LARRY NORRIS, Director,**
**Arkansas Department of Correction;** *et al.*                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

SO ADJUDGED this 17th day of December, 2015.

_____
Kristine G. Baker
United States District Judge